# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ROSS THOMAS BRANTLEY, III | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-1658-S-BT |
| | § | |
| LORIE DAVIS-DIRECTOR TDCJ-CID | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 17]. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner Ross Thomas Brantley III's Motion to Proceed *In Forma Pauperis* on Appeal [ECF No. 15] is therefore **DENIED.**

**SO ORDERED**.

SIGNED October 7, 2021.

**UNITED STATES DISTRICT JUDGE**