# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ROSS THOMAS BRANTLEY, III | § § § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-1658-S-BT |
| | § § | |
| LORIE DAVIS-DIRECTOR TDCJ-CID | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 22. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court construes Petitioner's Motion for Leave to File Reconsider Dismissed Petition and Objection [ECF No. 21] as a successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 and **TRANSFERS** it to the United States Court of Appeals for the Fifth Circuit for appropriate action.

**SO ORDERED.**

SIGNED June 21, 2022.

_____
**UNITED STATES DISTRICT JUDGE**